### SIRE *v.* KNEUPER.

*(Common Pleas of New York City and County, Special Term.*  November 27, 1888.)

ACTIONS—CONSOLIDATION—COMMON PLEAS.

> The court of common pleas may exercise the power given to the supreme court by Code Civil Proc. N. Y. § 818, to remove and consolidate with an action pending in it an action pending in another court, since that section is by section 3347 extended to all courts of record, and section 267 makes the jurisdiction of the superior city courts—of which the common pleas is made one by section 3343—co-extensive with that of the supreme court.

Actions by Henry R. Sire against George Kneuper, for rent; one pending in the court of common pleas, and the other pending in a district court.  Defendant moves in the common pleas for an order for the removal to that court of the action in the district court, and for the consolidation of the two actions.  Code Civil Proc. § 818, relating to the consolidation of actions, provides that "where one of the actions is pending in the supreme court, and another is pending in another court, the supreme court may, by order, remove to itself the action in the other court, and consolidate it with that in the supreme court."

*J. C. Julius Langbein,* for the motion.  *Walton C. Dupignac* and *Albert I. Sire,* opposed.

BOOKSTAVER, J.   Section 818 of the Code, in terms, applies to the supreme court alone, but section 3347 extends the provision to all courts of record.  *Soloman* v. *Belden,* 12 Abb. N. C. 58; *McKay* v. *Reed,* Id. note, 59.   The same result would seem to follow from section 3343, subd. 1, which declares this court one of the superior courts of cities; and from section 267, which declares the jurisdiction of such courts to be co-extensive with that of the supreme court.   The actions and defenses in both cases being the same, they should be consolidated, and the motion is therefore granted, without costs.